**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00146-CV

————————————

**ANDREW SUNDBAKKEN AND MELISSA SUNDBAKKEN, Appellants**

**V.**

**RANGER FINANCIAL, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1265751**

## MEMORANDUM OPINION

Appellants Andrew Sundbakken and Melissa Sundbakken have not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).  After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P.

42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.